**J. Ashlee Albies**, OSB No. 051846
Email: ashlee@albiesstark.com
**Maya Rinta**, OSB No. 195058
Email: maya@albiesstark.com
Albies & Stark LLC
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
Telephone: (503) 308-4770

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALONNA MITSCH**, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>**CITY OF PORTLAND**, a municipal corporation, **KYLE GREEN** in his individual capacity, **KEN LE** in his individual capacity, and **ANDREW BRAUN** in his individual capacity;<br><br>        Defendants. | Case No. 3:21-cv-01222-SB<br><br><br>NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to ORS 17.095(3), Plaintiff notifies the Court that this action has been settled

pursuant to the terms of the Settlement Agreement and Release of Claims ("Agreement"), a

copy of which is attached as Exhibit 1.

/ / /


/ / /

PAGE - 1    NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as evidenced by the stipulation in Section

X on page 3 of the Agreement, Defendants agree to dismiss this action with prejudice and

without costs or attorney's fees to any party.


**DATED** this 14th day of June 2022.

Respectfully submitted by:

 s/ *Maya Rinta*
Maya Rinta, OSB No. 195058
J. Ashlee Albies, OSB No. 051848

*Attorneys for Plaintiff*